AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BRYSON, William C. | 2. Court or Organization<br><br>US Ct.Appeals Federal Circuit | 3. Date of Report<br><br>03/31/2014 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
|---|---|---|

**7. Chambers or Office Address**

717 Madison Place NW
Washington DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2013 | Law partnership income - Bredhoff & Kaiser |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRYSON, William C. | 03/31/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRYSON, William C. | 03/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Equitable Life Assurance Co.,IRA Diversified Fund NY,NY | A | Dividend | N | T | | | | | |
| 2. Citicorp Savings, Washington, DC | A | Interest | L | T | | | | | |
| 3. CMA Money Fund | A | Interest | N | T | | | | | |
| 4. Loomis Sayles Bond Fund | A | Dividend | M | T | | | | | |
| 5. Davis New York Venture Fund | C | Dividend | | | Sold | 08/14/13 | M | | |
| 6. Fidelity MD Municipal | C | Dividend | L | T | | | | | |
| 7. Cecil Cnty | A | Interest | L | T | | | | | |
| 8. Will Cnty IL Cmnty Unit Sch Dist | A | Interest | L | T | | | | | |
| 9. CMA Money Fund | A | Interest | M | T | | | | | |
| 10. Wells Fargo Bank | B | Interest | L | T | | | | | |
| 11. Ventas REIT | C | Dividend | L | T | | | | | |
| 12. US Treasury Strips Nov 15 2013 | A | Interest | | | Redeemed | 11/13/13 | K | | |
| 13. Cousins Props | A | Dividend | K | T | | | | | |
| 14. ARES Capital | A | Dividend | K | T | | | | | |
| 15. DDR | E | Dividend | K | T | | | | | |
| 16. American Growth Fund | A | Dividend | N | T | | | | | |
| 17. MFS Value Fund | B | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRYSON, William C. | 03/31/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Simon Property Group | A | Dividend | M | T | | | | | |
| 19. Blackrock Global | B | Dividend | N | T | | | | | |
| 20. Clough Glbl Opptys | A | Dividend | J | T | | | | | |
| 21. CBRE Clarion Global | C | Dividend | K | T | | | | | |
| 22. Baltimore MD Rev Wastewater | A | Interest | M | T | | | | | |
| 23. Ishares MSCI Emerging Mkts Index Fd | A | Dividend | M | T | | | | | |
| 24. Columbia Marisco 21st Century Fd | A | Dividend | | | Sold | 08/14/13 | N | | |
| 25. Pimco Real Return Fd Cl A | A | Dividend | M | T | | | | | |
| 26. Columbia Acorn Fd Cl A | A | Dividend | N | T | | | | | |
| 27. Puerto Rico Aqueduct & Swr Auth | A | Dividend | L | T | | | | | |
| 28. Ishares Russell Midcap | A | Dividend | N | T | | | | | |
| 29. Puerto Rico Pub Bldg | A | Interest | M | T | | | | | |
| 30. Vanguard Consumer Staples | A | Dividend | M | T | | | | | |
| 31. Vanguard Health Care | A | Dividend | M | T | | | | | |
| 32. Vanguard Utilities | A | Dividend | | | Sold | 08/14/13 | L | | |
| 33. IShares Barclay now known as IShares TIPS | A | Dividend | K | T | | | | | |
| 34. Vanguard Energy | A | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRYSON, William C. | 03/31/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. RS Global | A | Dividend | M | T | | | | | |
| 36. SPDR S&P Aerospace | A | Dividend | L | T | | | | | |
| 37. IShares Trust Dow Jones now known as IShares Select Dividend | A | Dividend | N | T | | | | | |
| 38. IShares Dow Jones Intl now known as IShares Intl Select | A | Dividend | N | T | | | | | |
| 39. Vanguard Information | A | Dividend | M | T | | | | | |
| 40. ALPS Alerian | A | Dividend | L | T | | | | | |
| 41. Vanguard Dividend | A | Dividend | N | T | | | | | |
| 42. Puerto Rico Com Hwy & Trans Auth Hwy | A | Interest | K | T | | | | | |
| 43. Pimco Total Return | B | Dividend | L | T | | | | | |
| 44. Baltimore Cnty Md Met | A | Interest | K | T | | | | | |
| 45. Puerto Rico Com Pub Impt | A | Interest | L | T | | | | | |
| 46. Maryland St Hlth | B | Interest | M | T | Buy | 08/15/13 | M | | |
| 47. Howard Ctny MD Met Dist | C | Interest | M | T | Buy | 08/26/13 | M | | |
| 48. Montgomery Ctny MD Rev Liquor | B | Interest | L | T | Buy | 08/14/13 | L | | |
| 49. Baltimore MD Proj Rev | A | Interest | M | T | Buy | 12/09/13 | M | | |
| 50. Nuveen Energy MLP | B | Interest | K | T | Buy | 08/22/13 | K | | |
| 51. Wisdomtree | C | Interest | N | T | Buy | 08/14/13 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRYSON, William C. | 03/31/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **William C. BRYSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544